Hon. Franklin D. Burgess

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

MARCH 27, 2003
BRUCE RIFKIN, Clerk
By_____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR02-6065FDB |
| Plaintiff, | |
| v | SUPERSEDING INDICTMENT |
| MICHAEL AARON WILSON, | |
| Defendant. | |



CR 02-6065 #035

THE GRAND JURY CHARGES THAT

## COUNT 1

**(Production of Visual Depictions of Minors Engaged in Sexually Explicit Conduct)**

At an exact time unknown but beginning on or about January 2002 and continuing until on or about June 2002, in Clark County, within the Western District of Washington, MICHAEL AARON WILSON, who has previously been convicted in 1988, in Brazoria County Court, Texas, for Possession of Child Pornography, Case Cause Number 56283M, did knowingly employ, use, persuade, induce, entice and coerce a minor male, John Doe, age 17, date of birth June 20, 1984, to engage in sexually explicit conduct as that term is defined by Title 18, United States Code,

Superseding Indictment/Wilson - 1

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-03
(206) 553-7970

35

Section 2256(2) for purposes of producing visual depictions of such conduct, the visual depictions being produced with materials that have been mailed, shipped, and transported in interstate or foreign commerce and the visual depictions having actually been transported in interstate or foreign commerce by computer through the Internet.

All in violation of Title 18, United States Code, Sections 2251(a) and (d).

## COUNT 2

### (Coercion and Enticement)

Between on or about January 2002 and June 2002, in Clark County, within the Western District of Washington, MICHAEL AARON WILSON, who has previously been convicted in 1988, in Brazoria County Court, Texas, for Possession of Child Pornography, Case Cause Number 56283M, did use the Internet, a facility and means of interstate or foreign commerce, to knowingly persuade, induce, entice and coerce an individual under the age of 18 years, that is John Doe, age 17, date of birth June 20, 1984, to engage in a sexual activity for which any person may be charged with a criminal offense, specifically, Title 18, United States Code, Section 2251(a), production of visual depictions of minors engaged in sexually explicit conduct.

All in violation of Title 18, United States Code, Sections 2422(b), 2426 and 2427

## COUNT 3

### (Transport of Visual Depictions of Minors Engaged in Sexually Explicit Conduct)

Between on or about January 2002 and June 2002, in Clark County, within the Western District of Washington, MICHAEL AARON WILSON, who has previously been convicted in 1988, in Brazoria County Court, Texas, for Possession of Child Pornography, Case Cause Number 56283M, did knowingly transport and ship in interstate and foreign commerce by computer visual depictions, the production of which involved the use of a minor engaged in sexually explicit conduct as that term is defined

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

by Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct

All in violation of Title 18, United States Code, Section 2252(a)(1) and (b).

## COUNT 4

**(Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct)**

Beginning at an exact time unknown, but not earlier than January 2000, and continuing through on or about September 5, 2002, in Clark County, within the Western District of Washington, MICHAEL AARON WILSON, who has previously been convicted in 1988, in Brazoria County Court, Texas, for Possession of Child Pornography, Case Cause Number 56283M, did knowingly possess a computer hard drive which contains visual depictions that have been mailed, shipped or transported in interstate or foreign commerce, and which were produced using materials which have been mailed, shipped or transported in interstate and foreign commerce, and which visual depictions were of minors engaged in sexually explicit conduct, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b).

## ALLEGATION OF FORFEITURE

The allegations of Count 1 through 4 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a). Upon conviction of any of the offenses alleged in Counts 1 through 4, MICHAEL AARON WILSON shall forfeit to the United States immediately all of his right, title and interest in any and all property, real or personal, that was used, or was intended to be used, to commit or to promote the commission of the charged offenses, and any visual depiction as described in Title 18, United States Code, Sections 2251 and 2252, which was produced, transported, mailed shipped or

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

a       One full tower custom built CPU without a serial number, containing
three hard drives with the following respective serial numbers:
WMA8C1183690, WMA8E1331380, and WMA9F1006941

All in violation of Title 18, United States Code, Section 2253(a).

TRUE BILL yes
DATED: 3/27/03

_____
FOREPERSON

_____
JOHN McKAY
United States Attorney

_____
SUSAN HARRISON
Assistant United States Attorney

_____
KATHERYN KIM FRIERSON
Assistant United States Attorney

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970